PAULA C. GREENSPAN, SB# 166332
E-Mail: greenspan@lbbslaw.com
JOSEPHINE A. BROSAS, SB# 239342
E-Mail: brosas@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiffs Donald F. Waitt
and Tyler A. Waitt

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONALD F. WAITT, an individual, and TYLER A. WAITT, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>INTERNET BRANDS, INC., a Delaware corporation, and DOES 1 thorough 10 inclusive, <br><br>Defendants. | CASE NO. CV 10-3006-GHK (JCGx) <br><br>**NOTICE OF FILING PROOF OF SERVICE RE ORDER RE: CASE MANAGEMENT** <br><br>Action Filed: April 22, 2010 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Donald F. Waitt and Tyler A. Waitt hereby file their Proof of Service [attached hereto as Exhibit "A"] showing service by mail on Defendant Internet Brands, Inc. of the following documents:

/ / /

/ / /

/ / /

/ / /

1.     Order Re: Case Management.

DATED: May 17, 2010         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Josephine Brosas
Attorneys for Plaintiffs Donald F. Waitt
and Tyler A. Waitt

# FEDERAL COURT PROOF OF SERVICE
## *Waitt v Internet Brands, Inc., et al* - File No. New-Number

STATE OF CALIFORNIA, COUNTY OF Los Angeles

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 14, 2010, I served the following document(s): **ORDER RE: CASE MANAGEMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

David Bricker
dbricker@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 9th Foor
Beverly Hills, CA 90212-2974
T: (310) 273-6333
F: (310) 859-2325

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

Executed on May 14, 2010, at Los Angeles, California.

*/s/ Cora Ruvalcaba*
Cora Ruvalcaba