E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3006 GHK(JCGx) | Date | July 22, 2010 |
|---|---|---|---|
| Title | DONALD F. WAITT, et al v. INTERNET BRANDS, INC., | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:** **(IN CHAMBERS) ORDER**

On the court's own motion, Defendant's Motion to Dismiss [9], and Defendant's Motion to Strike [11], noticed for hearing on July 26, 2010, is **TAKEN OFF CALENDAR** and will be taken UNDER SUBMISSION without oral argument on that date. F.R.Civ.P. 78; Local Rule 7-15 (formerly 7.11). No appearance by counsel shall be necessary. The hearing date is vacated. Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |