1 | Patrick A. Fraioli (SBN 191824)
    pfraioli@ecjlaw.com
2 | David N. Tarlow (SBN 214050)
    dtarlow@ecjlaw.com
3 | **ERVIN COHEN & JESSUP LLP**
    9401 Wilshire Boulevard, Ninth Floor
4 | Beverly Hills, California 90212-2974
    Telephone: (310) 273-6333
5 | Facsimile:  (310) 859-2325

6 | Attorneys for Defendant and Counter-Claimant,
    Internet Brands, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONALD F. WAITT, an individual, and TYLER A. WAITT, an individual,, | CASE NO. CV10-3006-GHK (JCG) (Hon. George H. King, Crtrm. 650) |
| Plaintiffs, | **PROTECTIVE ORDER** |
| v. | NOTE CHANGES MADE BY THE COURT. |
| INTERNET BRANDS, INC., a Delaware Corporation, and DOES 1 through 10, Inclusive,, | |
| Defendants. | |
| INTERNET BRANDS, INC., a Delaware Corporation,, | |
| Cross-Complainant, | |
| v. | |
| DONALD F. WAITT, an individual, and TYLER A. WAITT, an individual,, | |
| Cross-Defendants. | |

///
///
///
///

## RECITALS

On June 6, 2011, the parties submitted a Stipulation Re Protective Order via the CM/ECF website. [*See* Dkt. No. 163.]

The Court has reviewed said stipulation, and modified it as appropriate. A copy of the revised stipulation is attached hereto.

## ORDER

IT IS HEREBY ORDERED THAT:

1. The terms and conditions of the revised Stipulation Re Protective Order in this matter, which was filed by the parties on June 6, 2011, are hereby incorporated into this Protective Order.

2. The parties shall comply with the terms and conditions of the revised Stipulation Re Protective Order.

Dated: June 8, 2011

_____
Hon. Jay C. Gandhi
U.S. Magistrate Judge